**Honorable Tana Lin**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIMBERLY DOLBEE,<br><br>Plaintiff,<br><br>vs.<br><br>SAFEWAY, INC., a foreign corporation, dba Safeway Store #490; and ABC Corporations 1-10,<br><br>Defendants. | No. 2:21-cv-00846-TL<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION TO CONTINUE PRE-TRIAL DEADLINES AND DISCOVERY CUTOFF |

This matter came before the above-entitled Court upon Stipulated Motion to Continue Pre-Trial Deadlines and Discovery Cutoff.

The Court has reviewed the records and files herein, including the following:

1. Stipulated Motion to Continue Pre-Trial Deadlines and Discovery Cutoff.

IT IS HEREBY ORDERED that:

The Stipulated Motion to Continue Pre-Trial Deadlines and Discovery Cutoff is **GRANTED,** and it is hereby ordered that the expert witness disclosure deadlines and discovery cutoff are continued as set forth below:

//

//

//

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO CONTINUE PRE-TRIAL DEADLINES AND DISCOVERY CUTOFF– 1
Cause No.: 2:21-cv-00846-TL

3422125 / 824.0090

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

| Description | Current Date | *Amended* Date |
|---|---|---|
| Disclosure of Expert Testimony under FRCP 26(a)(2) | March 6, 2023 | April 14, 2023 |
| Disclosure of Rebuttal Expert Testimony under FRCP 26(a)(2) | April 5, 2023 | May 5, 2023 |
| Discovery completed by | May 4, 2023 | June 18, 2023 |

ORDERED this 7th day of March 2023.

*[signature]*

Tana Lin
United States District Judge

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO CONTINUE PRE-TRIAL DEADLINES AND DISCOVERY CUTOFF– 2
Cause No.:  2:21-cv-00846-TL

3422125 / 824.0090

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX