UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIMBERLY DOLBEE,<br><br>               Plaintiff,<br>   v.<br><br>SAFEWAY INC et al.,<br><br>               Defendant. | CASE NO. 2:21-cv-00846-TL<br><br>ORDER ON STIPULATED MOTION AND ORDER OF DISMISSAL |

This matter is before the Court on the Parties' stipulated motion to withdraw and strike documents from the record (Dkt. No. 51) and stipulated dismissal (Dkt. No. 52). Pursuant to the Parties' stipulations, the Court herby ORDERS:

1. The Parties' Stipulated Motion to Seal (Dkt. No. 35), related declarations (Dkt. Nos. 36–37), and attached exhibits are WITHDRAWN from the public record.

2. The Clerk is directed to note the respective docket entries as withdrawn pursuant to this order and place the following documents under seal: Dkt. Nos. 36-2 thru 36-11.

ORDER ON STIPULATED MOTION AND ORDER OF DISMISSAL - 1

3. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is DISMISSED with prejudice and without costs or attorney's fees to any Party.

Dated this 4th day of January 2024.

Tana Lin
United States District Judge

ORDER ON STIPULATED MOTION AND ORDER OF DISMISSAL - 2